UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

3M Innovative Properties Company and
3M Company,

       Plaintiff,

v.                              ORDER
                               Civil No. 05-756(MJD/AJB)

Tomar Electronics,

       Defendant.

---

The above-entitled matter comes before the Court upon Defendant's objections to the Order and Recommendations of United States Magistrate Judge Arthur J. Boylan dated July 21, 2006 in which Plaintiff's Motions for Sanctions was granted. Defendant asserts that the Order and Recommendation of Magistrate Boylan are based on a number of erroneous findings. Defendant also objects to the recommended attorney fee and quantification procedures on the basis that it conflicts with controlling precedent of the United States Supreme Court.

The Court must modify or set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.2(a). Based on a review of the record and the submissions of the parties, the Court concludes that the Magistrate Judge's Order and Recommendations are neither clearly erroneous or contrary to law.

IT IS HEREBY ORDERED that the Order and Recommendation dated July 21, 2006 is AFFIRMED.

Date: September 18, 2006

                                              s / Michael J. Davis
                                              Michael J. Davis
                                              United States District Court

Civil No. 05-756