# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| GLOBAL TRAFFIC, TECHNOLOGIES, LLC<br><br>Plaintiffs,<br><br>v.<br><br>TOMAR ELECTRONICS, INC.,<br><br>Defendant. | Case No.  05-CV-756 RHK/AJB<br><br>**ORDER** |

Before the Court is Tomar's Motion For Leave To Amend The Prior Art Statement, To Submit An Expert Report On Invalidity, To Amend The Existing Expert Reports On Non-Infringement And Damages And To Stay Summary Judgment Proceedings.  Based on the submissions of counsel, and on the file, record, and proceedings herein,

IT IS HEREBY ORDERED that Tomar's Motion for Leave to Amend the Prior Art Statement, to Submit an Expert Report on Invalidity, to Amend the Existing Expert Reports on Non-infringement and Damages and to Stay Summary Judgment Proceedings [Doc. No. 183] is DENIED.

Date: October 1, 2007

s /Michael J. Davis
Michael J. Davis
United States District Court