## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Global Traffic Technologies, LLC,

       Plaintiff,

v.                                ORDER
                                      Civil No. 05-756(MJD/AJB)

Tomar Electronics, Inc.,

       Defendant.

_____

     David J.F. Gross, Faegre & Benson LLP for and on behalf of Plaintiff.

_____

     Pursuant to the Order of this Court dated December 27, 2007, Plaintiff was directed to submit to the Court a declaration setting forth the costs and attorney's fees incurred in connection with filing its opposition to Defendant's motion for summary judgment and Plaintiff's motion for sanctions.

     Plaintiff has submitted such declaration, and after review the Court finds that the amount requested is a reasonable.  Accordingly,

     IT IS HEREBY ORDERED that Defendant shall pay to Plaintiff, by certified check or money order, attorney's fees and costs in the amount of $100,000.

Date: January 9, 2008

                               s / Michael J. Davis
                               Michael J. Davis
                               United States District Court