UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Global Traffic Technologies,

    Plaintiff,

v.                                        ORDER
                                          Civil No. 05-756

Tomar Electronics, Inc.

    Defendant.

_____

The Order of this Court dated December 27, 2007 [Doc. No. 207] is hereby amended as follows: On page 17, deleting "JUDGMENT IS HEREBY ENTERED and".

Date: January 30, 2008

                                                      s / Michael J. Davis
                                                      Michael J. Davis
                                                      United States District Court