UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Global Traffic Technologies, LLC,

      Plaintiff,

v.

Tomar Electronics, Inc,

      Defendant.

ORDER
Civ. No. 05-756 (MJD/AJB)

_____

      This matter is before the Court upon Defendant's appeal of Magistrate Judge Arthur J. Boylan's Order dated June 10, 2008.

      The Court must modify or set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law.  See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2).  Based on a review of the record and the submissions of the parties, the Court concludes that the Magistrate Judge's Order is neither clearly erroneous or contrary to law.

      IT IS HEREBY ORDERED that the Order dated June 10, 2008 [Docket No. 235] is AFFIRMED.

Date: July 16, 2008

                                                  s / Michael J. Davis
                                                  Michael J. Davis
                                                  Chief Judge
                                                  United States District Court